FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2019 FEB -4  PM 2: 51

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

Lord Gulana Yishrael ית'יי
dba: Tid D. Greene

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

All Nations (member) of the (S) U.N.
① Baltimore Gas & Electric

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. **ELH 19 CV 0333**
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☑ Yes   ☐ No
*(check one)*

I.  **The Parties to This Complaint**

A.  **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.   _Lord <G> Yishrael_

Name   a.ka. _Greene Giant_
Street Address   _dba: Tia Greene_
City and County   _Baltimore USA, MD_
State and Zip Code   _2107 Parksley Avenue, 21230_
Telephone Number   _N/a_
E-mail Address   _giylorg@gmail.com_
- or -   _greenegiyl@gmail.com_

B.  **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name   _Baltimore Gas + Electric_
Job or Title (if known)   _to destroy all life on Earth_
Street Address (UN) _United States of America_
City and County   _101 West Lombard St_
State and Zip Code   _Baltimore, MD_
Telephone Number   _Unknown_
E-mail Address (if known)   _Unknown_

2

Defendant No. 2

Name: U. N. General Assembly
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Defendant No. 3

Name: Masonic Lodges
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Defendant No. 4

Name: All Fraternal Orgs
Job or Title (if known): that report to ✡ (G)
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

3

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question  *Urgent*   ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*I am unable to distinguish Human Rights + U.S. Constitution the Original Constitution.*

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* [illegible], is a citizen of the State of *(name)* Leo Andromeda, Baltimore, USA + Planet Earth

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* N/a, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation

   The defendant, *(name)* United State of America, is incorporated under the laws of the State of *(name)* United Nations, and has its principal place of business in the State of *(name)* Planet Earth. *Or* is incorporated under the laws of *(foreign nation)* BGE, State of MD and has its principal place of business in *(name)* Garden of Eden → Baltimore Maryland

   Noah's Ark

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

   All life forms on Earth Freedom from Electrical Destruction

   0 > 75,000 < 100 Billion

5

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See attached

## IV.     Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

_____
_____
_____
_____
_____

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4 Feb, 2019

Signature of Plaintiff: Lord Giyliana Yishrael dba Tia Greene
Printed Name of Plaintiff: Tia D. Greene    יגיבי
                                            הציי

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B. For Attorneys

Date of signing: _____, 20__.

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____
Telephone Number _____
Email Address _____

A critical (to the life of all mankind in the heal Earth) Breach of the duties of Federal Protection in these cases is the most heinous crime in all History of all mankind and GREEN Life, (known on record as) — Tia Greene

**2018**

יהוה  **Declaration of Zayin**

Case # C13-8489

☆ Adi Nirel Joyner must be returned to Mother immediately under a Protection from Domestic Violence & Child Abuse Order issued by this Court as requested in Case #

Submitted 2/4/19

Theocratic Government of Zayin

dba: Civil Justice & Freedom Movement

Final Notice: 30January2019

Direct Order/Imperative Executive Directive!

יהוה

יהוה ⊙ יהוה
I am (the) I am



LET US KEEP PAVING THE WAY

Now, it is time to fine-tune and upgrade the current justice systems' processes to reflect those enactments – so that lack of cohesion that is created by war & politics does not continue to be the paramount barriers to Us enjoying psychosocial well-being and healing our living Earth.

J Greene
PWM Theory



Lord Giylanah Yishrael, Supreme Judge in the Theocratic Government of Zayin

also known by a fictitiously given name:

Tia D. Greene
2107 Parksley Avenue, 21230USA
Leo, Adromeda: Unbound Servant

Cofounder of All Fraternal Lodges of Divine Protection of All churches in all Universes



Metatron Model of Peace